THE PEOPLE OF THE STATE OF NEW YORK ex rel.
ROCHESTER TELEPHONE COMPANY, Respondent, v.
EGBERT E. WOODBURY et al., Constituting the State
Board of Tax Commissioners, et al., Appellants.

*People ex rel. Rochester Telephone Co.* v. *Woodbury*, 165 App.
Div. 951, affirmed.
(Argued February 26, 1916; decided March 7, 1916.)

APPEAL from an order of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered November 25, 1914, which affirmed an order of
Special Term reducing special franchise tax assessments
levied against the relator for the years 1901, 1902, 1904,
1905 and 1910. The petition alleged that the special
franchises were assessed at their full value while real
property generally, in the city of Rochester, was assessed
in each of those years at a percentage of its value, so
that the assessments against the relator were excessive
and unequal.

*W. W. Webb, Corporation Counsel (John M. Stull* of
counsel), for appellants.

*Fred C. Goodwin* for respondent.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN,
CUDDEBACK, CARDOZO and POUND, JJ. Dissenting:
SEABURY, J.